**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JEWELS & DIAMONDS
ENTERPRISES, INC. and JOSEPH H.
DAWSON,

    Plaintiffs,

v.                                                    Case No: 5:25-cv-147-ACC-PRL

DOMINIC MANIELLA, MICHAEL
INDELICATO, MDJ ADVANTAGE,
LLC, and ROCHESTER DIAMONDS
AND GOLD, INC.,

    Defendants.

## ORDER

This cause comes before the Court on the parties' Joint Motion for Extension of Mediation Date filed on December 11, 2025. (Doc. 60). In the motion, the parties request an extension of the mediation deadline from December 12, 2025 to January 30, 2026, and indicate that they have rescheduled the mediation conference from December 10, 2025 to January 23, 2026, without leave of Court. (*Id.* at p. 2).

Accordingly, the Joint Motion for Extension of Mediation Date (Doc. 60) is **GRANTED**, but counsel is cautioned about their duty to comply with Court orders.[1] The mediation deadline is extended to **January 30, 2026**.

---

[1] On August 20, 2025, the Court issued a Case Management and Scheduling Order ("CMSO"), establishing the mediation deadline as December 12, 2025. (Doc. 38 at p. 2). The Court's CMSO explicitly provided that "[t]he parties shall complete the mediation conference or before [December 12, 2025]," and "[d]espite Local Rule 4.03(c), *neither the mediator nor the parties have authority to continue the mediation conference beyond this date* except on express order of the Court." (*Id.* at p. 11)

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on December 16, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

(emphasis in original).