**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JEWELS & DIAMONDS**
**ENTERPRISES, INC. and JOSEPH H.**
**DAWSON,**

      **Plaintiffs,**

**v.**                                       **Case No: 5:25-cv-147-ACC-PRL**

**DOMINIC MANIELLA, MICHAEL**
**INDELICATO, MDJ ADVANTAGE,**
**LLC, and ROCHESTER DIAMONDS**
**AND GOLD, INC.,**

      **Defendants.**

---

**ORDER**

This cause comes before the Court on Plaintiffs' Unopposed Motion for Extension of Mediation Date. (Doc. 62). Upon due consideration, Plaintiffs' motion is due to be granted.

Plaintiffs initiated this lawsuit on March 4, 2025. (Doc. 1). On August 20, 2025, the Court issued an initial Case Management and Scheduling Order ("CMSO") (Doc. 38) setting forth various deadlines, which was based, in part, on dates the parties requested in their jointly proposed Case Management Report (Doc. 33). That same day, the Court referred the case to mediation, ordering the parties to file a notice on or before September 3, 2025, advising the Court of the selected mediator from the Court's approved list of mediators on the Court's website and the mediation date ("Mediation Referral Order"). (Doc. 39). In the CMSO, the Court established the mediation deadline as December 12, 2025. (Doc. 28 at p. 2). On September 3, 2025, pursuant to the Court's Mediation Referral Order, the parties filed a Notice of Selection of Mediator and Notice of Scheduled Mediation, indicating that the

parties selected Bradford Kimbro as their mediator and scheduled mediation for December 10, 2025. (Doc. 40).

On December 11, 2025—one day after the scheduled mediation—the parties filed a Joint Motion for Extension of Mediation Date ("First Motion"), requesting that the mediation deadline be extended from December 12, 2025 to January 30, 2026, and indicated that they had rescheduled the mediation conference from December 10, 2025 to January 23, 2026, without leave of Court. (Doc. 60). The Court granted the First Motion and extended the mediation deadline to January 30, 2026, but cautioned counsel about their duty to comply with Court orders. (Doc. 61).

Plaintiffs now file the instant Unopposed Motion for Extension of Mediation Date ("Second Motion") on January 30, 2026—the day of the extended mediation deadline and one week after the rescheduled mediation conference was supposed to be held—requesting a second extension of the mediation deadline from January 30, 2026 to February 6, 2026, due to a medical emergency involving Plaintiff Joseph Dawson's wife. (Doc. 62). A few days after Plaintiffs filed the Second Motion, Richard Annunziata, Esq. filed a Notice of Mediation Conference on February 2, 2026, indicating that the parties selected him as their mediator and scheduled a mediation conference on February 6, 2026, via Zoom. (Doc. 63).[1]

Given the circumstances and considering that the Defendants do not oppose the relief requested in the Second Motion, the Court will extend the deadline for the parties to mediate

---

[1] Notably, the parties initially selected Bradford Kimbro as their mediator (Doc. 40), and the Court subsequently permitted the parties to conduct their scheduled mediation for December 10, 2025, via Zoom, with Bradford Kimbro's consent (Doc. 42). Because mediation was going to be conducted on Zoom, the Court informed the parties that "[t]he parties and/or their representatives must be present throughout the duration of the mediation, just as if they were attending the mediation in person." (Doc. 42 at pp. 1-2).

- 3 -

until on or before February 6, 2026, with the agreed-upon mediator, Richard Annunziata. Counsel is again cautioned about their duty to comply with Court orders, and reminded that they may not unilaterally stipulate around the Court's CMSO. (*See* Doc. 38 at p. 11).

Accordingly, upon due consideration, Plaintiffs' Unopposed Motion for Extension of Mediation Date (Doc. 62) is **GRANTED**. The mediation deadline is extended to **February 6, 2026**. The parties shall conduct mediation on or before that date.

**DONE** and **ORDERED** in Ocala, Florida on February 2, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties